IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RANDY BATISTE | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv26 |
| DISTRICT COURTS OF JEFF. COUNTY | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Randy Batiste, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this lawsuit. The dismissal of this lawsuit is based on plaintiff's failure to provide the court with a current address. If plaintiff wishes to have this case reinstated on the court's active docket, he may do so by providing a correct address within 60 days of the date set forth below.

So **ORDERED** and **SIGNED** this **27** day of **September, 2007.**

_____
Ron Clark, United States District Judge